**No. 10-10623. Berlie Daniels, Petitioner v. Florida.**

565 U.S. 841, 132 S. Ct. 154, 181 L. Ed. 2d 69, 2011 U.S. LEXIS 5987.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 59 So. 3d 107.